The People of the State of New York, Respondent,
against
Qimei Lin, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Robert H. Straus, J.H.O.), rendered July 22, 2014, convicting her, upon a plea of guilty, of two counts of disorderly conduct, and imposing sentence.




Per Curiam.
Judgment of conviction (Robert H. Straus, J.H.O.), rendered July 22, 2014, reversed, on the law, accusatory instrument dismissed, and surcharge, if paid, remitted. 
As the People concede, defendant's conviction must be vacated since the plea record lacks the requisite "affirmative showing" that defendant understood and waived her Boykin rights (see Boykin v Alabama, 395 US 238, 242 [1969]; People v Tyrell, 22 NY3d 359, 365 [2013]). The People also agree that dismissal of the accusatory instrument is the appropriate corrective action in this particular case (cf. People v Conceicao, 26 NY3d 375, n 1 [2015]). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concurI concurI concur
Decision Date: June 17, 2016